AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 3:23-mj-631 RMS
A RESIDENCE )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ___Connecticut___
*(identify the person or describe the property to be searched and give its location)*:

■ Sherman Avenue, Second Floor Residence, New Haven, Connecticut (Subject Residence) Attach. A incorp. herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

a person to be arrested for interstate flight to avoid prosecution Attach. B incorp.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 3, 2023___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Robert M. Spector___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___07/20/2023 8:53 pm___         *Robert M. Spector* (Digitally signed by Robert M. Spector, Date: 2023.07.20 20:54:27 -04'00')
                                                         *Judge's signature*

City and state:  New Haven, CT                        Hon. Robert M. Spector, United States Magistrate Judge
                                                         *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>245D-NK-3367815-JahirCamposUFAP | Date and time warrant executed:<br>07/21/2023 0600 | Copy of warrant and inventory left with:<br>Given to Defense Attorney |

Inventory made in the presence of :
SA Lisa MacNamara

Inventory of the property taken and name(s) of any person(s) seized:
Person, Jahzir Campos.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/21/2023

DANIEL MORRISON
Digitally signed by DANIEL MORRISON
Date: 2023.07.21 14:24:14 -04'00'

*Executing officer's signature*

Special Agent Daniel Morrison
*Printed name and title*

## ATTACHMENT A

This warrant authorizes the entry into ▇▇ Sherman Avenue, Second Floor Residence, New Haven, Connecticut (Subject Residence). The three-family home that contains the Subject Premises is depicted below. The Subject Residence is accessed by entering the left door on the front porch circled in the first photo below. Once inside the building, one must go up the staircase to the second floor (depicted in the second photo below). Once on the second level, the Subject Residence is located behind the white door circled in the third photo below.







3

**ATTACHMENT B**

Law enforcement may enter the Subject Residence, described in Attachment A (incorporated) for the sole purpose of arresting JAHZIR CAMPOS for a separately issued felony warrant for violating 18 U.S.C. § 1073. CAMPOS is ▮ years old [07/02/XXXX]. He is a black male, approximately 5 feet 11 inches, 158 pounds, with brown eyes and black hair. Photos of CAMPOS are set forth below.





